■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE J. ODY, SR., Appellant.— Appeal from an order of the County Court of Saratoga County entered on December 8, 1961 denying petitioner's motion to vacate the sentences imposed upon his plea of guilty to the crimes of burglary, third degree, and grand larceny, first degree. Order unanimously affirmed. No opinion. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER W. CANTIE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS JOSEPH RYAN, Appellant.— Order unanimously affirmed. No opinion. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY M. LUCASIK, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Order unanimously affirmed. No opinion. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES T. RUSSELL, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Order dismissing writ of habeas corpus, after a hearing, unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BRUNSON, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL R. JONES, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.